UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STEVEN ROVNER**,

        Plaintiff,

    v.

**THE LINCOLN NATIONAL LIFE INSURANCE CO.**, *et al.*,

        Defendants.

Case No. 16-cv-01526-YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE; REQUIRING JOINT SUBMISSION**

In light of the parties' joint case management statement (Dkt. No. 24), the Case Management Conference currently scheduled for July 25, 2016 is **VACATED**.

The Court shall issue a scheduling order upon receipt of further information from the parties. No later than **August 5, 2016**, the parties shall submit a JOINT statement: (1) addressing why a discovery cut-off of February 3, 2017 is needed where no discovery is expected; and (2) proposing a schedule for briefing on the anticipated Rule 52 cross-motions, with an explanation as to any extended delay in briefing.

**IT IS SO ORDERED**.

Dated: July 19, 2016

                                        **YVONNE GONZALEZ ROGERS**
                                       **UNITED STATES DISTRICT COURT JUDGE**